ALB:BTR
F.#2019R01634

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

VASILIKI APOSTOLOPOULOS and
THOMAS DELANCEY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No._____
(T. 26, U.S.C., § 7202; T. 18,
 U.S.C., §§ 2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1.     The defendants VASILIKI APOSTOLOPOULOS and THOMAS DELANCEY owned, operated and controlled WB Contracting Corp ("WB Contracting"), which operated from the defendants' home in Glen Head, New York. WB Contracting was a construction company that provided services to customers in New York and New Jersey.

2.     Pursuant to Title 26 of the United States Code, employers, including WB Contracting, had a duty to collect, truthfully account for and pay over to the Internal Revenue Service ("IRS") Federal Insurance Contributions Act ("FICA") taxes, and to file an Employers Quarterly Federal Tax Return, Internal Revenue Service Form 941 ("Form 941). FICA required the payment of taxes by employees and employers to fund various federal

benefit programs, including Social Security and Medicare. As the owners and operators of WB Contracting, the defendants were required to collect, truthfully account for and pay over to the IRS FICA taxes that were due and owing.

3.    The defendants VASILIKI APOSTOLOPOULOS and THOMAS DELANCEY cashed checks made payable to WB Contracting for services rendered by WB Contracting. The defendants used the cash to pay wages to WB Contracting employees (the "Cash Wages") and failed to inform the IRS of the payment of these Cash Wages. WB Contracting filed Forms 941 quarterly for the quarters in 2014 through 2017, in which the defendants knowingly and falsely omitted the Cash Wages from the gross wages reported to the IRS in order to avoid paying the full amount of FICA taxes that WB Contracting owed.

COUNTS ONE THROUGH FOUR
(Willful Failure to Collect and Pay Over Taxes)

4.    The allegations contained in paragraphs one through three are realleged and incorporated as if fully set forth in this paragraph.

5.    On or about and between October 31, 2014 and January 31, 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants VASILIKI APOSTOLOPOULOS and THOMAS DELANCEY, together with others, being the owners and operators of WB Contracting, and thereby being required to collect, truthfully account for and pay over FICA taxes to the IRS, did knowingly and willfully fail to collect, truthfully account for and pay over FICA taxes to the IRS in the approximate amounts set forth below, knowing that such FICA taxes were due and owing:

| COUNT | DUE DATE OF TAX FILING | TAX QUARTER | ADDITIONAL FICA TAX DUE |
|---|---|---|---|
| 1 | 10/31/2014 | 3rd Quarter 2014 | $86,275.08 |
| 2 | 1/31/2016 | 4th Quarter 2015 | $85,435.42 |
| 3 | 4/30/2016 | 1st Quarter 2016 | $70,565.54 |
| 4 | 1/31/2018 | 4th Quarter 2017 | $74,494.89 |

(Title 26, United States Code, Section 7202; Title 18, United States Code, Sections 2 and 3551 et seq.)

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK